RECEIVED
SDNY PRO SE OFFICE

2020 SEP 30   AM 10: 07

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

GEORGE THOMAS VERNON

_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

JEFFREY EPSTEIN

GHISLAINE NOELLE MARION MAXWELL

_____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####     A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | GEORGE THOMAS VERNON |
| Street Address | 20 MAPLE LEAF COURT |
| City and County | BRISTOL |
| State and Zip Code | AVON  BS8 1EF |
| Telephone Number | 07870978266 |
| E-mail Address | merlin.vernon@GMAIL.COM |

####     B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 2

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 3

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* GEORGE THOMAS VERNON , is a citizen of the State of *(name)* UNITED KINGDOM .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* GHISLAINE Noelle MARION MAXWELL, is a citizen of the State of *(name)* NEW YORK . Or is a citizen of *(foreign nation)* UNITED KINGDOM .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$10, MILLION   (EACH)

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I WAS ABUSED, KIDNAPPED, DRUGED, BLINDFOLDED BY GHISLAINE MAXWELL
A SOCIALITE IN HYDE PARK LONDON, TAKEN TO A ADRESS THERE & DRUGED
THEN TAKEN BY PLANE TO NEW YORK, WHERE I WAS BRIBED TO HAVE SEX
WITH MAXWELL AROUND 2001, 2002, 2003, & 5? AT
EPSTEINS APPARTMENT, So I WAS TOLD

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

IN SEEKING $20 MILLION DOLLARS FOR THE WRONGS, BASIS FOR THIS
AMOUNT IS MENTAL, PHISICAL, SEXUAL ABUSE, FOR SUSTAINED INJURYS

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *17ᵀᴴ AUGUST 2020*

Signature of Plaintiff   _____

Printed Name of Plaintiff   *GEORGE THOMAS VERNON*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

22-SEP-2020

YOUR HONOUR,

I CANNOT POST THESE ITEMS IN THE POST, SO I HAVE ENCLOSED THESE PHOTOES OF SOME OF MY EVIDENCE.

I AWAIT FURTHER INSTRUCTION FROM YOUR COURTHOUSE BY POST, AS I LIVE IN THE U.K.

SINCERELY

GEORGE THOMAS VERNON

① ROLEX OYSTER GIVEN TO GEORGE VERNON BY GHISLAINE MAXWELL IN EXCHANGE FOR SILENCE



(2.)

ROYAL E.R. BOX WITH SOMETHING PERSONAL (TWO PHOTOES)

ROYAL CREST + PHOTO ALBUM GIVEN TO ME BY GHISLAINE MAXWELL
IN EXCHANGE FOR SILENCE WITH $1000 CASH.
SHE SAID THEY WHERE GIFTS FROM THE PRINCE, PRINCE ANDREW.!



③ ROYAL PHOTO ALBUM GIVEN TO GEORGE VERNON BY GHISLAINE MAXWELL



Case 1:20-cv-08128-UA Document 1 Filed 09/30/20 Page 10 of 14





THE ROYAL FAMILY

5.) SILVER TOBBACO BOX SIGNED BY QUEEN ELIZABETH II ?
GIVEN TO ME BY GHISLAINE MAXWELL.

Case 1:20-cv-08129-UA Document 1 Filed 09/30/20 Page 11 of 14





⑦ SIGNED
PRINCESS DIANA WEDDING PHOTOGRAPH 1 GIVEN TO ME
GEORGE VERNON BY GHISLAINE MAXWELL.

# The Prince and Princess of Wales



*Including 15 pages of Wedding Photographs*

The bath is rocked from side to side, And Pompey quite enjoys his ride.

Then with a terrifying roar, The water bursts in through the door.

The bath is rocked from side to side, And Pompey quite enjoys his ride.

Then with a terrifying roar, The water bursts in through the door.

**Mailing Bag** Medium

CLERK'S OFFICE S.D.N.Y.

RECEIVED

SEP 23 2020

TO: CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT

THE DANIEL PATRICK MOYNIHAN UNITED STATES COURT HOUSE

U.S. COURTHOUSE - 500 PEARL STREET

NEW YORK

U.S.A.

POSTCODE: NY10007

PAPER ONLY

**Polythene Bubble M Bag**

PRO SE JKR

cut along line to open

Internal Size of envelope: 210mm x 255mm approx.