UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. GEORGE THOMAS VERNON,

      Plaintiff,

 -against-

JEFFREY EPSTEIN; GHISLAINE NOELLE MARION MAXWELL,

      Defendants.

20-CV-8129 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

  Plaintiff, appearing *pro se*, brings this action alleging that Defendants kidnapped and drugged him, and took him by plane to New York, where he was sexually abused by Maxwell at Epstein's apartment. The Court dismisses the complaint for the following reasons.

  Plaintiff has previously submitted to this Court a virtually identical complaint against the same defendants. That case is presently pending before the Court under docket number ECF 1:20-CV-6928, 1. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number ECF 1:20-CV-6928, 1.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

  Plaintiff's complaint is dismissed as duplicative. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and

therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  October 2, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge