UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. GEORGE THOMAS VERNON,<br><br>               Plaintiff,<br><br>-against-<br><br>JEFFREY EPSTEIN; GHISLAINE NOELLE MARION MAXWELL,<br><br>               Defendants. | 20-CV-8129 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 2, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number ECF 1:20-CV-6928, 1.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 2, 2020
            New York, New York

                                                                  COLLEEN McMAHON
                                                       Chief United States District Judge